UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| JULIUS K. ROBINSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV406-223 |
| STEVEN P. BERNIE, et al., | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

In an order dated October 16, 2006, this Court ordered plaintiff to return a properly completed **Prisoner Trust Fund Account Statement** form. The Court warned plaintiff that his failure to return the required form within 10 days would result in a recommendation that this case be dismissed. Since plaintiff has not returned this form, this case should be DISMISSED.

SO REPORTED AND RECOMMENDED this 6th day of November, 2006.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA